# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2012 APR -2 AM 8:22

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

vs.

SANTIAGO ROMERO-HIPOLITO,

　　　　　　　　Defendant.

CASE NO. 12CR0754-JLS

**JUDGMENT OF DISMISSAL**

　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 AND 960 - Importation of Methamphetamine

　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 29, 2012

BERNARD G. SKOMAL
UNITED STATES MAGISTRATE JUDGE